FILED
CLERK, U.S. DISTRICT COURT

AUG 1 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Troy McFarland<br><br>　　　　Defendant. | NO.: 08-1278-GW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　(X)　The defendant has not met his/her burden of establishing by
　　　　clear and convincing evidence that he/she is not likely to flee
　　　　if released under 18 U.S.C. § 3142(b) or (c). This finding is

Deten[2].ord

1  based on _nature of violations alleged,_
2  _unstable employment and_
3  _residence._
4  _____

5  and/or

6  B. (X)  The defendant has not met his/her burden of establishing by
7  clear and convincing evidence that he/she is not likely to pose
8  a danger to the safety of any other person or the community if
9  released under 18 U.S.C. § 3142(b) or (c). This finding is based
10 on _nature of violation, which includes_
11 _new criminal conduct and prior_
12 _revocation proceedings_
13 _____

14 IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

16
17 DATED: _8/12/10_

18
19                                    _/s/ Carla Woehrle_
20                                    United States Magistrate Judge

Deten[2].ord                          2